Re: deposition times

TOM BRADY <fireactx7777@yahoo.com>
Thu 11/21/2019 9:14 AM
To: Thomas Scully <Thomas@thomasscullylaw.com>

1pm should be fine.

On Wednesday, November 20, 2019, 2:20:36 PM PST, TOM BRADY <fireactx7777@yahoo.com> wrote:


i will check if aft. works and get back to you

On Wednesday, November 20, 2019, 11:28:40 AM PST, Thomas Scully <thomas@thomasscullylaw.com> wrote:


Mr. Brady:
   For December 11 - I have a court hearing in the morning that will probably take a couple hours between about 9-11am.  I suggest we give ourselves time for lunch and then start your deposition right after lunch, and be able to go for the the rest of the afternoon if necessary.  Should we confirm for 1pm ?
   I will set up a room at 30 N. Raymond Ave. in Pasadena.  I will send out a formal notice.
  -- Thomas Scully

---

**From:** TOM BRADY <fireactx7777@yahoo.com>
**Sent:** Wednesday, November 20, 2019 9:51 AM
**To:** Thomas Scully <Thomas@thomasscullylaw.com>
**Subject:** Re: deposition times

if we are to do one, 11th best

On Tuesday, November 19, 2019, 11:28:29 AM PST, Thomas Scully <thomas@thomasscullylaw.com> wrote:


Mr. Brady -

   I am entitled to take an oral examination ("deposition") of you and plan to do so as soon as practical after the Thanksgiving holiday.
   As a courtesy, I am offering some dates that would be convenient to me.  Please let me know which of these is convenient to you.

- afternoon of December 6
- any time during the day December 9
- afternoon of December 11
- any time during the day December 13

   I anticipate that I will hold the deposition at an office in downtown Pasadena.

*Thomas Scully, Esq.*
**Law Offices of Thomas Scully**
10736 Jefferson Blvd., #117
Culver City, CA  90230
310-439-1140 office telephone
310-351-1119 mobile and text
509-756-6952 fax

## Re: December 6

### TOM BRADY <fireactx7777@yahoo.com>

Mon 12/2/2019 4:17 PM

**To:** Thomas Scully <Thomas@thomasscullylaw.com>

Mr. Scully,

Thank you for getting back to me.

I will review the material you sent and get back to you if any questions. In the meantime I have set aside 12/13. If any more date changes needed, please let me know as soon as possible.

Tom Brady


On Monday, December 2, 2019, 4:04:59 PM PST, Thomas Scully <thomas@thomasscullylaw.com> wrote:


Mr. Brady,

    Thank you for getting back to me, and I apologize that I was not so prompt in getting back to you.

    In fact, I took your last email exchange as a solid offer, and I have mailed out a notice for December 13 which I think will be acceptable to all of us. You should receive it in the mail in a day or two. If you have any questions, don't hesitate to contact me.

    In that envelope is also a list of "Requests For Admission" which I hope you will understand and be able to answer quickly and easily (usually "Yes" or "No" will be enough). On a related topic, I have never agreed that your responses to that first set of written discovery (the "Special Interrogatories") was satisfactory. We exchanged "meet-and-confer" letters awhile ago, but nothing was ever resolved. This issue of the written questions is something I may have to take up again, separately from the oral deposition.

  -- Thomas Scully

cc: Ventola

---

**From:** TOM BRADY <fireactx7777@yahoo.com>
**Sent:** Monday, December 2, 2019 9:48 AM
**To:** Thomas Scully <Thomas@thomasscullylaw.com>
**Subject:** Re: December 6

Mr. Scully,

This is a final request for a confirmation and/or status change of the deposition meeting you asked for.

Last month, you requested a deposition which I agreed to "voluntarily" subject myself to. You provided dates and location convenient to you of which I responded your date of Dec. 11th in Pasadena would be fine.

I put it on my schedule.

You then indicated that date was not good for you. I notified you immediately of another date you offered, Dec. 13th, would be ok.

After several requests for a confirmation and time of day for that meeting, I have received no response from you.

No response is not acceptable. In addition to the holidays, I have several medical/disability appts. that need scheduling and cannot be compromised nor delayed. Let me know.

Tom Brady

On Wednesday, November 27, 2019, 8:51:37 AM PST, TOM BRADY <fireactx7777@yahoo.com> wrote:

Mr. Scully,

Please provide the time for deposition on 13th, thank you

On Friday, November 22, 2019, 6:20:53 PM PST, TOM BRADY <fireactx7777@yahoo.com> wrote:

Dec13th is next available date for me. let me know what time is best for you.

On Friday, November 22, 2019, 3:04:58 PM PST, TOM BRADY <fireactx7777@yahoo.com> wrote:

I will check and let you know

Sent from Yahoo Mail for iPhone

On Friday, November 22, 2019, 2:50 PM, Thomas Scully <Thomas@thomasscullylaw.com> wrote:

> Mr. Brady,
>
> It appears there may be a scheduling problem with December 11. May we notice your deposition at my office in Pasadena for the afternoon of Friday, December 6 ?
>
> *Thomas Scully, Esq.*
> **Law Offices of Thomas Scully**
> 10736 Jefferson Blvd., #117
> Culver City, CA 90230
> 310-439-1140 office telephone
> 310-351-1119 mobile and text
> 509-756-6952 fax