Thomas H. Scully (Cal. SBN: 305790)
Thomas@ThomasScullyLaw.com
Attorney for Plaintiff:
Terrence M. Wyles
Business Address:
10736 Jefferson Blvd., #117
Culver City, CA  90230
Telephone: (310) 439-1140
Facsimile: (509) 756-6952

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE M. WYLES,<br>       Plaintiff<br>v.<br><br>ALLEN ZACHARY SUSSMAN; LOEB & LOEB L.L.P; ALUMINAID INTERNATIONAL, A.G.; WEST HILLS RESEARCH & DEVELOPMENT, INC. (f/k/a Aluminaid, Inc.); ALUMINAID PTE LTD., aka ADVANCED FIRST AID RESEARCH PTE LTD.; CARL JOHAN FREER; JAMES JOHN HUNT, aka JAMES HUNT; ADAM FREER, aka ADAM AGERSTAM, aka ADAM CARL-JOHAN AGERSTAM; JULIA FREER-AGERSTAM, aka JULIA FREER, aka JULIA AGERSTAM; DAVID ANDREW WARNOCK, aka DAVID WARNOCK; ALEX ARENDT; JOSEPH MATHEW MARTEN, aka JOE MARTEN; and THOMAS D. BRADY, aka TOM BRADY.<br><br>       Defendants. | CASE NUMBER:<br><br>2:17-cv-07722-DMG-SK<br><br>**[proposed]**<br><br>**JUDGMENT**<br><br>**AGAINST DEFENDANT JAMES JOHN HUNT** |

**The Court, having reviewed the papers filed by Plaintiff, and the entire record, makes the following findings of fact:**

James John Hunt a/k/a James Hunt, was served process of the Plaintiff's First Amended Complaint in the case of *Terrence M. Wyles v. Allen Zachary Sussman, et al.* naming him as a defendant.

James John Hunt failed to appear or otherwise defend himself in this Court and the requisite amount of time elapsed for him to be in default.

**The Court therefore makes the following judgment:**

James John Hunt has defaulted in regards to the claim of Malicious Prosecution as set forth in the First Amended Complaint.

Terrence M. Wyles has suffered the following damages:
- $180.048.86 in attorney fees and costs actually paid by Wyles;
- $12,000.00 in travel costs for seven trips that Wyles had to take; and
- $414,410.25 in lost income calculated over five years (2015-2019).
- $255,500.00 in General Damages for emotional distress
- $1,000,000.00 in Punitive Damages against James Hunt

A judgment in the full amount of $_____ is hereby entered against James John Hunt.

IT IS SO ORDERED.

DATED: _____

_____
*District Court Judge*